WENDE CORRECTIONAL FACILITY
3040 WENDE RD., PO BOX 1187
ALDEN, NY 14004-1187

HARVEY J. GUNTER 24B4432
**INMATE NAME/NUMBER**

R.M.U. 336-2



$2.31
3.3oz

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

APR 0 2 2025

RECEIVED

TO: JOHN DOMURAD, CLERK
UNITED STATE DISTRICT COURT
FEDERAL BUILDING, P.O. BOX 7367
100 SOUTH CLINTON STREET
SYRACUSE, NEW YORK 13261-7367

LEGAL MAIL